UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JORGE ELPIDIO LOPEZ and
MAGDALENO GAONA SALGADO,
individually and on behalf of others similarly
situated,

                   Plaintiffs,

      -against-

EL MARIACHI HOLDING CORP. and
PABLO BRAVO,

                 Defendants.

Case No.: 21-cv-1204 (AMD)(TAM)

**STIPULATION AND ORDER OF DISMISSAL**

**IT IS HEREBY STIPULATED** by and between Plaintiffs and Defendants, that the above-captioned action is hereby dismissed with prejudice pursuant to a settlement agreement.

**IT IS FURTHER STIPULATED AND AGREED** that the United State District Court, Eastern District of New York, shall retain jurisdiction for purposes of enforcing the parties' settlement agreement.

**IT IS FURTHER STIPULATED AND AGREED** that the Settlement Agreement submitted to the Court on March ‾30‾, 2022 is fair and reasonable.

**FISHER TAUBENFELD LLP**

By: *Michael Taubenfeld*
    Michael Taubenfeld, Esq.
    225 Broadway, Suite 1700
    New York, New York 10007
    *Attorneys for Plaintiffs*

SO ORDERED:

*Taryn A. Merkl*
Hon. Taryn A. Merkl, U.S.M.J.

**STEPHEN D. HANS & ASSOCIATES, P.C.**

By:
    Stephen D. Hans, Esq.
    30-30 Northern Blvd, Suite 401
    Long Island City, NY 11101
    *Attorneys for Defendants*

Dated: April 11, 2022
Brooklyn, New York